KATERINA PLEW

                                                  Plaintiff(s)

- against -

LIMITED BRANDS, INC., ETAL

                                                  Defendant(s)

Index # 08 CIV. 3741 (LTS)(MHD)

Court Date July 11, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 6, 2008 at 10:30 AM at

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

deponent served the within COVER LETTER WITH INITIAL CONFERENCE ORDER on INTIMATE BRANDS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NORA DINDYAL, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said COVER LETTER WITH INITIAL CONFERENCE ORDER as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'4 | 145 |
| GLASSES | | | | | |

BY SERVING SAME ON IT'S AUTHORIZED AGENT C.T. CORPORATION SYSTEMS, INC.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 7, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 461881

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728