UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — Attorney: VON SIMSON & CHIN LLP

---

KATERINA PLEW

                                                      Plaintiff(s)

- against -

LIMITED BRANDS, INC., ETAL

                                                      Defendant(s)

Index # 08 CIV. 3741 (LTS)(MHD)

Court Date July 11, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 6, 2008 at 10:30 AM at

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

deponent served the within COVER LETTER WITH INITIAL CONFERENCE ORDER on LIMITED BRANDS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NORA DINDYAL, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said COVER LETTER WITH INITIAL CONFERENCE ORDER as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'4 | 145 |
| GLASSES | | | | | |

BY SERVING SAME ON IT'S AUTHORIZED AGENT C.T. CORPORATION SYSTEMS, INC.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 7, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | BARRY F. GERMAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 982866 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 461881 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728