IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATERINA PLEW<br><br>      Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC.,<br>INTIMATE BRANDS, INC.,<br>LIMITED BRANDS STORE<br>OPERATIONS, INC.,<br>VICTORIA'S SECRET STORES<br>BRAND MANAGEMENT, INC.,<br>VICTORIA'S SECRET DIRECT<br>BRAND MANAGEMENT, LLC AND<br>VICTORIA'S SECRET STORES, LLC.<br><br>      Defendants. | Case No. 08 Civ. 3741<br>      (LTS)(MHD)<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7-1(a)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Limited Brands, Inc., Intimate Brands, Inc., Limited Brands Store Operations, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC and Victoria's Secret Stores, LLC hereby submit their Corporate Disclosure Statements.

Limited Brands, Inc. is a publicly held corporation. No other publicly held corporation owns 10% or more of Limited Brands, Inc.

Intimate Brands, Inc. is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Intimate Brands, Inc.

1

Limited Brands Store Operations, Inc. is a wholly-owned subsidiary of Intimate Brands, Inc., which is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Limited Brands Store Operations, Inc.

Victoria's Secret Stores, LLC is a wholly-owned subsidiary of Limited Brands Store Operations, Inc., which is a wholly-owned subsidiary of Intimate Brands, Inc., which is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Victoria's Secret Stores, LLC.

Victoria's Secret Stores Brand Management, Inc. is a wholly-owned subsidiary of Intimate Brands, Inc., which is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Victoria's Secret Direct Brand Management, LLC.

Victoria's Secret Direct Brand Management, LLC is a wholly-owned subsidiary of Victoria's Secret Stores Brand Management, Inc., which is a wholly-owned subsidiary of Intimate Brands, Inc., which is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Victoria's Secret Direct Brand Management, LLC.

DATED: May 20, 2008							Respectfully submitted,

_____
John F. Ward (JW 8012)
wardj@wardolivo.com
David M. Hill (DH 3287)
hilld@wardolivo.com
Michael J. Zinna (MZ 3009)
zinnam@wardolivo.com
Robert G. Graham (RG 0912)
grahamr@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with Court:

Charles von Simson
Stephen M. Chin
Von Simson & Chin L.L.P.
62 William Street
New York, NY 10005

_____
Attorney for Defendants