**WARD & OLIVO**

ATTORNEYS AT LAW

380 MADISON AVENUE

NEW YORK, NEW YORK 10017

(212) 697-6262

FAX (212) 972-5866

382 SPRINGFIELD AVENUE

SUMMIT, NEW JERSEY 07901

(908) 277-3333

FAX (908) 277-6373

E-MAIL: mail@wardolivo.com



May 20, 2008

<u>Via Federal Express</u>
Honorable Laura Taylor Swain
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Plew v. Limited Brands, Inc., et al</u>
<u>1:08-cv-03741-LTS</u>

Dear Judge Swain:

    We represent the Defendants in the above-referenced matter. The document and attachments filed as Court Document 13 were erroneously labeled and filed as the Defendants' Answer. These documents are highly confidential and unrelated to this case. We called the ECF Docket Court Clerk immediately, and he temporarily sealed the documents. The Defendants' Answer, Affirmative Defenses and Counterclaims were subsequently filed as Court Document 14.

    We have been informed by the ECF Docket Court Clerk that the only way to permanently remove Court Document 13 and its attachments from the electronic docket is to ask Your Honor to do so. We therefore kindly request that Your Honor remove Court Document 13. We thank the Court for its courtesies and apologize for any inconvenience.

> The request is granted. The Clerk of Court is respectfully requested to remove Docket entry 13 and any hyperlinked text.
>
> **SO ORDERED.**
>
> /s/ Laura Taylor Swain  5/22/08
> LAURA TAYLOR SWAIN
> UNITED STATES DISTRICT JUDGE

Very truly yours,

Michael J. Zinna