IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATERINA PLEW, <br><br> Plaintiff, <br><br> v. <br><br> LIMITED BRANDS, INC., <br> INTIMATE BRANDS, INC., <br> LIMITED BRANDS STORE <br> OPERATIONS, INC., <br> VICTORIA'S SECRET STORES <br> BRAND MANAGEMENT, INC., <br> VICTORIA'S SECRET DIRECT <br> BRAND MANAGEMENT, LLC AND <br> VICTORIA'S SECRET STORES, LLC. <br><br> Defendants. | Case No. 08 Civ. 3741 <br> (LTS)(MHD) <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPERANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Robert G. Graham, enters his appearance in this matter for Defendants, Limited Brands, Inc. Intimate Brands, Inc., Limited Brands Store Operations, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC and Victoria's Secret Stores, LLC, for purposes of receiving notices and orders from the Court.

DATED this 2nd day of June, 2008.

DATED: June 2, 2008                              Respectfully submitted,


                                                 s/ Robert G. Graham
                                                 John F. Ward (JW 8012)
                                                 wardj@wardolivo.com
                                                 David M. Hill (DH 3287)
                                                 hilld@wardolivo.com
                                                 Michael J. Zinna (MZ 3009)
                                                 zinnam@wardolivo.com
                                                 Robert G. Graham (RG 0912)
                                                 grahamr@wardolivo.com
                                                 **WARD & OLIVO**
                                                 380 Madison Avenue
                                                 New York, New York 10017
                                                 Phone: (212) 697-6262
                                                 Fax: (212) 972-5866

                                                 *Attorneys for Defendants*