IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATERINA PLEW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 Civ. 3741 |
| ) | (LTS)(MHD) |
| LIMITED BRANDS, INC., ) | |
| INTIMATE BRANDS, INC., ) | |
| LIMITED BRANDS STORE ) | |
| OPERATIONS, INC., ) | JURY TRIAL DEMANDED |
| VICTORIA'S SECRET STORES ) | |
| BRAND MANAGEMENT, INC., ) | |
| VICTORIA'S SECRET DIRECT ) | |
| BRAND MANAGEMENT, LLC AND ) | |
| VICTORIA'S SECRET STORES, LLC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPERANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, David M. Hill, enters his appearance in this matter for Defendants, Limited Brands, Inc. Intimate Brands, Inc., Limited Brands Store Operations, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC and Victoria's Secret Stores, LLC, for purposes of receiving notices and orders from the Court.

DATED this 2nd day of June, 2008.

DATED: June 2, 2008                               Respectfully submitted,


                                                  s/ David M. Hill
                                                  John F. Ward (JW 8012)
                                                  wardj@wardolivo.com
                                                  David M. Hill (DH 3287)
                                                  hilld@wardolivo.com
                                                  Michael J. Zinna (MZ 3009)
                                                  zinnam@wardolivo.com
                                                  Robert G. Graham (RG 0912)
                                                  grahamr@wardolivo.com
                                                  **WARD & OLIVO**
                                                  380 Madison Avenue
                                                  New York, New York 10017
                                                  Phone: (212) 697-6262
                                                  Fax: (212) 972-5866

                                                  *Attorneys for Defendants*