IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATERINA PLEW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 Civ. 3741 |
| ) | (LTS)(MHD) |
| LIMITED BRANDS, INC., ) | |
| INTIMATE BRANDS, INC., ) | |
| LIMITED BRANDS STORE ) | |
| OPERATIONS, INC., ) | JURY TRIAL DEMANDED |
| VICTORIA'S SECRET STORES ) | |
| BRAND MANAGEMENT, INC., ) | |
| VICTORIA'S SECRET DIRECT ) | |
| BRAND MANAGEMENT, LLC AND ) | |
| VICTORIA'S SECRET STORES, LLC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, John F. Ward, enters his appearance in this matter for Defendants, Limited Brands, Inc. Intimate Brands, Inc., Limited Brands Store Operations, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC and Victoria's Secret Stores, LLC, for purposes of receiving notices and orders from the Court.

DATED this 9th day of July, 2008.

DATED: July 9, 2008                          Respectfully submitted,


                                             s/ John F. Ward
                                             John F. Ward (JW 8012)
                                             wardj@wardolivo.com
                                             David M. Hill (DH 3287)
                                             hilld@wardolivo.com
                                             Michael J. Zinna (MZ 3009)
                                             zinnam@wardolivo.com
                                             Robert G. Graham (RG 0912)
                                             grahamr@wardolivo.com
                                             **WARD & OLIVO**
                                             380 Madison Avenue
                                             New York, New York 10017
                                             Phone: (212) 697-6262
                                             Fax: (212) 972-5866

                                             *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 9, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with Court:

                Charles von Simson
                Stephen M. Chin
                Von Simson & Chin L.L.P.
                62 William Street
                New York, NY 10005

                                    s/ John F. Ward
                                    John F. Ward (JW 8012)
                                    Attorney for Defendants