```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
KATERINA PLEW,                      :
                                    :
              Plaintiff,            :     ORDER
                                    :
     -against-                      :     08 Civ. 3741 (LTS)(MHD)
                                    :
LIMITED BRANDS, INC. et al.,        :
                                    :
              Defendants.           :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, SEPTEMBER 29, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       August 8, 2008

                                                  SO ORDERED.


                                          _____
                                          MICHAEL H. DOLINGER
                                          UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed this date to:

Charles von Simson, Esq.
Reed Smith
599 Lexington Avenue
New York, NY 10022

Stephen M. Chin, Esq.
Reed Smith
599 Lexington Avenue
New York, NY 10022

David Michael Hill, Esq.
Ward & Olivo
708 Third Avenue
New York, NY 10017

John Francis Ward, Esq.
Ward & Olivo
708 Third Avenue
New York, NY 10017

Michael Jay Zinna, Esq.
Ward & Olivo
708 Third Avenue
New York, NY 10017

Robert Gerald Graham, Esq.
Ward & Olivo
380 Madison Ave
New York, NY 10017