UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  KATERINA PLEW,

                            Plaintiff,                             08 CIVIL 3741 ( LTS )(MHD)

         -against-

  LIMITED BRANDS, INC. et al.,
                            Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __David M. Hill__

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __DH3287__

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒   *Address:*          __380 Madison Ave., New York, NY 10017__

☐   *Telephone Number:*  _____

☐   *Fax Number:*        _____

☐   *E-Mail Address:*    _____

Dated: __August 13, 2008__          *[signature]*