UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KATERINA PLEW,

                            Plaintiff,                          08  CIVIL   3741  ( LTS )(MHD)

       -against-

LIMITED BRANDS, INC. et al.,
                          Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Michael J. Zinna__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __MZ3009__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __380 Madison Ave., New York, NY 10017__

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: __August 13, 2008__

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 13, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with Court:

       Charles von Simson
       Stephen M. Chin
       Von Simson & Chin L.L.P.
       62 William Street
       New York, NY 10005

       s/ Michael J. Zinna
       Michael J. Zinna (MZ3009)
       Attorney for Defendants