UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KATERINA PLEW,

                            Plaintiff,                      08  CIVIL  3741  (LTS)(MHD)

       -against-

LIMITED BRANDS, INC. et al.,
                         Defendant.
-----------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __John F. Ward__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JW8012__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*     380 Madison Ave., New York, NY 10017

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: __August 13, 2008__          /s/ John F. Ward

## CERTIFICATE OF SERVICE

   I hereby certify that on August 13, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with Court:

        Charles von Simson
        Stephen M. Chin
        Von Simson & Chin L.L.P.
        62 William Street
        New York, NY 10005


        s/ John F. Ward
        John F. Ward (JW8012)
        Attorney for Defendants