```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
KATERINA PLEW,                     :
                                   :
                Plaintiff,         :       ORDER
                                   :
       -against-                   :       08 Civ. 3741 (LTS)(MHD)
                                   :
LIMITED BRANDS, INC. et al.,       :
                                   :
                Defendants.        :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-trial conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

    1. All fact discovery is to be completed by **June 30, 2009**.

    2. All expert discovery is to be completed by **July 31, 2009**.

    3. The parties are to submit a joint pre-trial order by **August 31, 2009**, unless a potentially dispositive motion has been served by that date.

    All other discovery dates previously set by the court remain the same. Various other rulings on discovery issues dealt with at the conference are contained in the record.

**Dated: New York, New York**
       June 5, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Charles von Simson, Esq.
Stephen M. Chin, Esq.
von Simson & Chin LLP
62 William Street, Sixth Floor
New York, NY 10005

Michael Jay Zinna, Esq.
David Michael Hill, Esq.
John Francis Ward, Esq.
Robert Gerald Graham, Esq.
Ward & Olivo
380 Madison Avenue
New York, NY 10017